1  Rebecca Aragon, Bar No. 134496
   raragon@littler.com
2  Jacob Krall, Bar No. 296078
   jkrall@littler.com
3  LITTLER MENDELSON P.C.
   633 West Fifth Street
4  63rd Floor
   Los Angeles, California  90071
5  Telephone:   (213) 443-4300
   Fax No.: (213) 442-4299
6
7  Attorneys for Defendants
   ARGUS CONTRACTING, LP AND IREX
8  CORPORATION

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  JUANA ELISA CARRILLO GEIZ,          Case No.  2:21-cv-09590
    individually and on behalf of all others
13  similarly situated,                 **DECLARATION OF CRAIG E.
                                        SKEIE IN SUPPORT OF NOTICE
14                Plaintiff,            TO FEDERAL COURT OF
                                        REMOVAL OF CIVIL ACTION
15        v.                            FROM STATE COURT**

16  ARGUS CONTRACTING LP, a
    California limited partnership; IREX
17  CORPORATION, a Pennsylvania
    corporation; and DOES 1 through 10,
18  inclusive,

19                Defendants.

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

4866-0821-2486.1 / 083674-1008

Declaration Of Craig E. Skeie                          1

## DECLARATION OF CRAIG E. SKEIE

I, Craig E. Skeie, declare as follows:

1.     I am the President of Argus Contracting LP ("Argus"), a position I have held since 2008. I am familiar with matters at Argus relating to employee relations and records including Argus's business operations, policies, practices, management structure, and employee records. I have access to these records in the ordinary course of business. I also have access to Plaintiff Juana Elisa Carrillo Geiz's ("Plaintiff") personnel file, employee time records, and payroll records. If called upon to testify regarding the matters contained in this Declaration, I could and would competently do so.

2.     Argus expressly authorized Southern California Environmental Contractors Association to act as its collective bargaining representative, as reflected in the Designation of Collective Bargaining Agreements and Power of Attorney attached hereto as **Exhibit A**.

3.     In 2018, Argus, through its representative the Southern California Environmental Contractors Association, entered into a collectively bargained labor agreement ("2018 Local 300 CBA") with the Southern California District Council of Laborers (affiliated with the Laborers' International Union of North America) and its affiliated Local Union No. 300 ("Local 300 Union"). The 2018 Local 300 CBA is effective from October 1, 2018 through July 31, 2022 and governs the wages, hours, and working conditions for all hourly paid employees, like Plaintiff, working in California in the field of asbestos and toxic waste abatement, among other fields. A true and correct copy of the 2018 Local 300 CBA is attached hereto as **Exhibit B**.

4.     As part of the 2018 Local 300 CBA, Local 300 Union and Argus simultaneously entered into a Recovery Work Contract ("2018 RWC"). The 2018 RWC applied to private asbestos abatement work and included wage rates and overtime terms for employees. A true and correct copy of the 2018 RWC is attached hereto as **Exhibit C.**

5.     Plaintiff was hired by Argus on or about November 15, 2019 as an

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4866-0821-2486.1 / 083674-1008

Declaration Of Craig E. Skeie          2

asbestos/lead remediation worker. During the entire duration of her employment with Argus, Plaintiff was a member of Local 300 Union, and her employment and working conditions were governed by the 2018 Local 300 CBA and 2018 RWC. As an asbestos/lead remediation worker, Plaintiff's job duties involved construction, including alteration, demolition, building, excavation, renovation, remodeling, maintenance, improvement, and repair. Plaintiff's employment terminated on July 19, 2021. At the time of her termination, Plaintiff earned $21.50 per hour.

6.   In addition to the CBA and RCW entered into between Defendant Argus and members of Local 300 Union, described above, the terms of employment of other putative class members were governed by one or more of the following CBAs and RWCs:

    a.   *2016 Local 300 CBA*: Collective Bargaining Agreement entered into between Argus and the Southern California District Council of Laborers (affiliated with the Laborers' International Union of North America) and its affiliated Local Union No. 300 ("Local 300 Union") on or around April 2016;

    b.   *The 2018 RWC*: Recovery Work Contract entered into between Argus and Local 300 Union as part of the 2016 Local 300 CBA;

    c.   *2017 Local 5 CBA*: Collective Bargaining Agreement entered into between Argus and Southern California Chapter, Western Insulations Contractors Association and International Association of Heat and Frost Insulators and Allied Workers, Local No. 5 (collectively, "Local 5 Union") on or around July 3, 2017;

    d.   *2020 Local 5 CBA*: Collective Bargaining Agreement entered into between Argus and Local Union 5 in July 2020; and

    e.   *2018 Local 630/631 CBA*: Collective Bargaining Agreement entered into between Argus the Southwest Regional Council of Carpenters and Joiners

LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

4866-0821-2486.1 / 083674-1008

Declaration Of Craig E. Skeie          3

1           of America and its affiliated local unions ("Carpenters Union") in 2018.

2         I declare under penalty of perjury under the laws of the United States of America

3  that the foregoing is true and correct.

4         Executed at _6:32 Am_____, California on this December 9, 2021.

5

6

7                       Craig E. Skeie, President of Argus

8                       Contracting LP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

**SOUTHERN CALIFORNIA ENVIRONMENTAL CONTRACTORS ASSOCIATION**

---

## DESIGNATION OF COLLECTIVE BARGAINING AGREEMENTS
## and POWER OF ATTORNEY

---

Pursuant to the Bylaws of the Southern California Environmental Contractors Association (SCECA), the under-signed hereby designates SCECA as its collective bargaining representative in relation to the labor organization(s) (including their affiliates) in the geographic area(s) **initialed** by the undersigned, as follows:

**LABOR ORGANIZATIONS**

**TWELVE (12) SOUTHERN CALIFORNIA COUNTIES, INCLUDING:**

Los Angeles, Inyo, Mono, Orange, Riverside, San Bernardino, Imperial, Ventura, Santa Barbara, San Luis Obispo, Kern, San Diego, and in addition: Richardson Rock, Santa Cruz Island, Arch Rock, San Nichols Island, Santa Catalina Island, San Miguel Island, Santa Barbara Island, San Clemente Island, Santa Rosa Island, Anacapa Island, including the Channel Islands Monument.

Southern California District Council of Laborers
(affiliated with the Laborers International Union
of North America) and its affiliated Local Union No.

300 Laborers' Asbestos Agreement                    RD  ←
                                                  **(Initial)**

NAME OF CONTRACTOR  Argus Contracting, LP

BY _____   POSITION  Division Manager
   (Signature)

   Rick Davidson
   (Print Name)

DATE  December 11th, 2015

**2175 North California Boulevard, Suite 420, Walnut Creek, CA  94596**
**3800 Watt Avenue, Suite 215, Sacramento, CA  95821**

# EXHIBIT "B"

# INDEX

| ARTICLE | TITLE | PAGE |
|---|---|---|
| I | Recognition | 1 |
| II | Coverage | 1-4 |
| III | Safety | 4 |
| IV | Union Security | 4-5 |
| V | Wages and Fringe Benefits | 5-10 |
| VI | Hiring | 10-13 |
| VII | Hours and Overtime | 13-14 |
| VIII | Non-Paid Holidays | 15 |
| IX | Business Representatives and Stewards | 15-16 |
| X | No Strikes or Lockouts | 16 |
| XI | Working Conditions | 16-17 |
| XII | Tools | 17 |
| XIII | General | 17 |
| XIV | Grievance Procedure | 17-18 |
| XV | Respirators | 18 |
| XVI | Rights of Management | 18-19 |
| XVII | General | 19 |
| XVIII | Job Locations | 19 |
| XIX | Saving Clause | 19 |
| XX | Maintenance of Standards | 19 |
| XXI | Subsistence | 19-20 |
| XXII | Public Works Project Davis-Bacon Act and Related Statutes | 20 |
| XXIII | Term, Termination and Renewal | 21 |
| | Appendix A LAA Minimum Hourly Wage Rates and Fringes | 22-23 |
| | Appendix B LAA Zip Codes to Article XXI, Subsistence | 24 |
| | Appendix C LAA Healthy Workplace Healthy Family Act | 25 |

# INDEX

.................Appendix D LAA Grievance of Disputes .............................................26-28

.................Appendix E LAA Memorandum of Understanding – Drug and Alcohol Abuse

Prevention and Detection...........................................29-33

.................Attachment A  Reasonable Suspicion Checklist And Reporting Form............ ..34-35

.................Attachment B  Testing Levels ......................................................... 36

.................Appendix F  SCECA Collective Bargaining Roster.................................. .... 37

.................Unpublished Sideletter #1 Laborers' Asbestos Agreement 2018-2022................... 38

### Laborers' Asbestos Agreement

This Agreement ("Agreement") entered into this _____ day of _____, 2018, by and between the Southern California Environmental Contractors Association (SCECA), on behalf of its respective eligible members (hereinafter referred to individually as the "Contractor" and collectively as "Contractors") and the Southern California District Council of Laborers (affiliated with the Laborers' International Union of North America) and its affiliated Local Union No. 300 (hereinafter referred to as the "Union").

I.   **RECOGNITION**

1.1    The Contractors and each of them recognize(s) the Union as the exclusive collective bargaining representative pursuant to Section 9(a) of the National Labor Relations Act, as amended of all employees of the Contractor over whom the Union has jurisdiction except supervision, guards, clerical, managerial, technical and or professional employees, the Union having presented evidence of its majority status, and the Contractor having been satisfied that the Union represents a majority of the Contractor's employees in the bargaining unit described herein.

II.   **COVERAGE**

2.1    **Geographical Coverage:**    The geographical coverage of this Agreement is the twelve (12) counties of Southern California (Los Angeles, Inyo, Mono, Orange, Riverside, San Bernardino, Imperial, Ventura, Santa Barbara, San Luis Obispo, Kern, San Diego, and including Richardson Rock, Santa Cruz Island, Arch Rock, San Nicholas Island, Santa Catalina Island, San Miguel Island, Santa Barbara Island, San Clemente Island, Santa Rosa Island, Anacapa Island, and the Channel Island Monument).

2.2    **Work Coverage**:

　　　a.　(i)　(A) The work covered by this Agreement is asbestos and toxic waste abatement, and methane/liquid boot installation and repair, including disaster demolition and clean up when toxic waste is present and the following tasks performed in conjunction with asbestos and toxic waste abatement: site mobilization, initial site cleanup, site preparation including soft demolition, mold remediation, removal of asbestos-containing material and toxic waste (including lead abatement and any other toxic materials), encapsulation enclosure and disposal of asbestos-containing materials and toxic waste (including lead abatement and any other toxic materials, but excluding hauling) by hand or with equipment or machinery, scaffolding, fabrication of temporary wooden barriers, assembly of decontamination stations, and any other tasks which the Contractor may direct in connection with this work.

　　　　　　　(B)  Toxic waste abatement includes:

(1)    abatement or removal of asbestos and other carcinogens (including PCBs and silicas), as well as lead and other heavy metals;

(2)    infection control systems required during construction when moldspores, airborne and/or surface contact pathogens, or other toxic waste is present; and

(3)    disposal of waste containing such materials, but excluding hauling.

(C)    Soft demolition is defined as the operation of compressed air or electrical powered small hand tools and general labor during demolition performed in conjunction with the asbestos or toxic waste abatement.

(ii)  It is agreed that demolition work including deconstruction (other than soft demolition as defined hereinabove) and excavation, removal, decontamination, disposal or treatment of any soils with regulated levels of contamination covered by the  2012-2015 Southern California Master Labor Agreement between the Southern California District Council of Laborers and Associated General Contractors of California, Inc., Building Industry Association of Southern California, Inc., and Southern California Contractors Association (" 2012-2015 Southern California MLA"), 2007-2012 Laborers San Diego Master Labor Agreement for Engineering Construction (" 2007-2012 San Diego Engineering Agreement"), 2009-2011Laborers San Diego Master Labor Agreement for Building Construction (" 2009-2011 San Diego Building MLA") or any successor to any of these agreements is a part of the work description covered by this Agreement and is a part of the bargaining unit work description covered by this Agreement. Such successor agreements include the 2015-2018 Southern California Master Labor Agreement between the Southern California District Council of Laborers and Associated General Contractors of California, Inc., Building Industry Association of Southern California, Inc. and Southern California Contractors Association, and 2012-2016 Laborers San Diego Master Labor Agreement for Building Construction and the 2012-2016 Laborers San Diego Master Labor Agreement for Building Construction.  To the extent that any demolition work including deconstruction (other than soft demolition as defined hereinabove) and/or excavation, removal, decontamination, disposal or treatment of any soils with regulated levels of contamination covered by such master labor agreement is encompassed by any construction contract being performed by or let to the Contractor, the Contractor shall be bound by and shall comply with the applicable master labor agreement.  The Contractor must, within five working days of the Contractor being awarded such work, register the Project with the Laborers Local 300 and the District Council by sending a writing to Laborers Local 300 containing: (A) the name of the signatory Contractor; (B) the location, including street address, city and county of the Project; (C) the anticipated date of commencement and completion of the work; and (D) a general description of the nature of the work. It is agreed that the foregoing is unit work and, as such, the subcontracting provisions of this Agreement or the applicable master labor agreement, whichever is more protective of unit work, shall be applicable to such work.

b.      Neither the Contractor nor its subcontractors shall contract or subcontract any work covered by paragraph a of this Section 2.2 of this Agreement to be done at the site of the construction, alteration, painting or repair of a building, structure, or other work except to a person, firm or corporation party to a current labor agreement with the Union covering such work.

(i) The Contractor may ensure compliance with the subcontracting provision contained in this Section 2.2 by, among its other obligations, inserting into any subcontract for covered work the following language:

"Subcontractor acknowledges that Contractor has entered into the following labor agreement covering work at the construction jobsite with the Southern California District Council of Laborers and its affiliated Local, LIUNA Local 300: Laborers' Asbestos Agreement, effective October 1, 2018, to July 31, 2022 ("Laborers' Asbestos Agreement"). The subcontractor acknowledges and agrees that a copy of the Laborers' Asbestos Agreement is available to subcontractor.

"Subcontractor agrees that, as an essential condition to entering into this subcontract, it is bound to and shall comply with all of the terms and conditions of the Laborers' Asbestos Agreement referenced above, including wages, trust fund contributions, working rules, the grievance/arbitration procedure and any other mechanism for the resolution of dispute contained in the Laborers' Asbestos Agreement, on all covered work performed in the geographic area of the Laborers' Asbestos Agreement. Subcontractor agrees that it shall be bound to the Laborers' Asbestos Agreement, commencing with the first hour of work performed by employees on this Project, and shall be bound to the Laborers' Asbestos Agreement for all of its covered work, whether or not the work is performed for the Contractor for the duration of the Laborers' Asbestos Agreement, and until timely terminated pursuant to the terms of the Laborers' Asbestos Agreement, for the duration of successor Laborers' Asbestos Agreements.

"Subcontractor further agrees to require all its subcontractors performing job site work of the type covered by the Laborers' Asbestos Agreement referenced above to become bound to and comply with all of the terms and conditions of the Laborers' Asbestos Agreement.

"Subcontractor acknowledges that the Southern California District Council of Laborers and its affiliated Local Unions, and the Construction Laborers Trust Funds for Southern California, are the intended third party beneficiaries of this contractual provision and may enforce this provision directly against Subcontractor."

(ii) No later than thirty calendar days after execution of a subcontract, as specified in subparagraph (i), above, with a subcontractor not previously signed to the Laborers' Asbestos Agreement, the Contractor shall deliver a copy of the cover page, Labor Relations Clause (as set forth in this Article II, Section 2.2(b)) and signature page of the subcontract to the Union.

(iii) If the Contractor complies with subsection (i) and (ii) above, the Contractor shall not

-- 3 --

be liable for a breach of the subcontracting provisions of this Section; provided, however, that the Contractor shall be liable for the Subcontractor's delinquent Trust Fund contributions to the extent such liability would otherwise exist under this or any other applicable agreement.

       c.     In addition to any recovery of damages by the Union for a Contractor's violation of the subcontracting clause, the Trust Funds may recover damages in an amount equal to the full fringe benefit contribution rate in effect under this Agreement at the time of the violation, plus interest, audit fees, and liquidated damages, for each hour of covered work performed by the non-signatory subcontractor's employees. Such damages shall be payable to the Vacation Trust and shall be damages and not for the benefit of any specific individual.

## III.   **SAFETY**

**3.1   General Principals**:  The safety and well-being of the employees is the primary concern of the parties, and the Contractor shall not permit the employees to be placed in unsafe conditions without adequate protective gear, instruction, and supervision.

**3.2   Training**:   Before furnishing any work to an employee covered by this Agreement, the Contractor shall ensure that the employee is properly trained and meets all certification requirements. The Union is party to agreements providing for the training and retraining of employees for the work of asbestos removal and toxic waste removal (including lead abatement and any other toxic materials) and shall aid the Contractor's employees, but the obligation to utilize trained and qualified employees is that of the Contractor.

**3.3   Compliance with laws, regulations, and standards**:   The Contractor shall comply with all federal, state, and local laws and regulations.  If there is a conflict between or among the potentially applicable law or regulations the Contractor shall follow that which provides the greatest safety for the employees.

**3.4   Provision of Gear**:   The Contractor shall provide at its expense all safety and protective gear for the employees.

## IV.   **UNION SECURITY**

**4.1   Union Membership**: It is a condition of employment that each employee shall become and remain a member of Laborers' Local Union No. 300 on or after the eighth (8) day of employment or the execution of this Agreement, whichever is later.

**4.2   Dues**:  Membership in the Union requires the payment of the union's uniform initiation fees and dues, including supplemental dues, or other satisfaction of the employee's financial obligations to the Union to the extent required by this Contract and applicable law.

**4.3   Supplemental Dues**: Upon being furnished with an employee's written authorization to do so, the Contractor shall deduct from the employee's wages each month the amount certified by the Union's business manager as the amount of supplemental dues, or the Contractor by this Agreement authorizes the Laborers Vacation dues reconciliation trust to deduct the supplemental

dues and forward them to the Union or its designate.

4.4     **Failure to Pay Dues**:  The Contractor shall immediately discharge any employee pursuant to the foregoing sections upon written notice from the Union of such employee's non-payment of initiation fee, dues or other legally required mandatory financial obligation.  Such written notice shall indicate the amount of initiation fees, dues or other legally required mandatory financial obligation which are in a state of delinquency and shall give the employee forty-eight hours within which to cure the delinquency.

All amounts deducted by the Employer hereunder, shall be remitted by the Employer to the Union together with a list showing the name and social security number of each employee for whom moneys are included in the remittance and the amount thereof.

V.     **WAGES AND FRINGE BENEFITS**

5.1     **Wages:**                     Wages and fringe benefits will be paid in accordance with the attached Appendix "A" except when contract bid specifications require the payment of wages and benefits as determined by the Federal Prevailing Wage determination or the State of California prevailing wage determination, in which case, except as otherwise expressly provided in this Agreement, the highest wages and benefits will prevail.

5.2     **Fringe Benefits**:

        a.     The parties shall be and hereby are bound by all the provisions of the Declaration of Trust of the Laborers' Health and Welfare Trust for Southern California ("Southern California Health and Welfare Trust"); Construction Laborers' Pension Trust Fund for Southern California ("Construction Laborers' Pension Trust Fund"); Construction Laborers' Vacation, Holiday and Sick Pay Trust Fund for Southern California ("Vacation Trust Fund"); Laborers' Training and Retraining Trust Fund for Southern California ("Laborers' Training Trust"); and Center for Contract Compliance Trust Fund. The Contractor shall pay to each of these trust funds the amounts set forth in Appendix A hereto for each hour worked or paid for on all classifications contained in this Agreement.

        b.     The Contractor and the Union approve and consent to the appointment of the Trustees designated by the Southern California Health and Welfare Trust; Construction Laborers' Pension Trust Fund; Vacation Trust Fund; Laborers' Training Trust; and Center for Contract Compliance Trust Fund, and each of them. By entering into this Agreement, the parties ratify, confirm and consent to all acts heretofore taken in the creation and administration of said Trusts and each of them by the joint trustees, their agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by the trust agreement(s) and/or declaration(s) of trust of each such Trust as same may be constituted in its original form, as amended and as it may be subsequently amended.

        c.     (i) The Southern California Health and Welfare Trust is party to a Money-Follows-the-Man Agreement with the Northern California Laborers Health and Welfare Trust and other Laborers Health and Welfare Trusts, that permits employees whose home Trust is the

-- 5 --

Northern California Laborers Health and Welfare Trust or other participating Health and Welfare Trusts to have contributions paid to the Southern California Health and Welfare Trust transferred to those Trusts in accordance with, and subject to the terms of, the Money-Follows-the-Man Agreement.  Pursuant to Section 5.2(a), above, all contributions for hours worked or paid must be made to the Southern California Health and Welfare Trust.

(ii)  The Construction Laborers' Pension Trust Fund is party to a Money-Follows-the-Man Agreement with the Northern California Laborers Pension Trust, the San Diego Laborers Pension Trust and other participating Laborers Pension Trusts that permits employees whose home Trust is the Northern California Laborers Pension Trust, the San Diego Laborers Pension Trust or other participating Pension Trusts to have contributions paid to the Construction Laborers' Pension Trust transferred to those Trusts in accordance with, and subject to the terms of, the Money-Follows-the-Man Agreement. Pursuant to Section 5.2(a), above, all contributions for hours worked or paid must be made to the Construction Laborers' Pension Trust Fund.

(iii) The Laborers' Health and Welfare Trust Fund for Southern California shall, at all times, be maintained by its Trustees in compliance with all applicable provisions of the Affordable Care Act and other laws and, in particular, shall satisfy the conditions needed to ensure that the Contractors are eligible for and protected by the "multiemployer arrangement pass-through" exemption from penalties under section 4980H for employees on whom contributions are made pursuant to this Agreement and any related participation agreement the Contractors may execute providing benefit coverage for non-jobsite employees and/or supervisory personnel.

d.      With respect to the Southern California Health and Welfare Trust and Construction Laborers' Pension Trust Fund, the Contractor may make voluntary contributions on behalf of its employees above the rank of craft foreman in the amounts and manner to be determined by the trustees of the applicable Trust.

5.2.1 **Annuity:**

a.      Contractors covered by the terms of this Agreement agree to pay to the Laborers Annuity Plan for Southern California the sum designated in Appendix A of this Agreement for each hour worked or paid for all classifications contained in this Agreement.

b.      Contractors covered by the terms of this Agreement approve and consent to the appointment of the Trustees designated by the Laborers Annuity Plan Trust Agreement for Southern California and further ratify, confirm, and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended. The establishment of an Annuity Trust Fund Agreement between the Contractors and the Union may be initiated at any time during the life of this Agreement by mutual consent.

5.3     **Copies of Trust Fund Reports**:  Copies of the monthly reports to each of the Trusts

listed in this Article 5 shall be provided and mailed to the Union.

5.4    **Records, Reports, Delinquency**:

a.    The Contractor shall maintain for a period not less than four (4) years all payroll and related records showing all payments to persons or firms for work of the nature covered by this Agreement, including the following records: all payroll records (including certified payroll records, electronic payroll records, and all records reflecting payments to trust funds other than the Laborer Trust Funds of Southern California, Federal W-2 Forms, Forms 1099 and 1096, Quarterly State Tax returns, and time cards), all cash disbursement ledgers, and all canceled checks, check registers, invoices and bank checking account statements. The Contractor shall make available such records for audit by the Trust Funds representative upon written request.

b.    The parties are aware of the Trust Funds' rules and regulations and related procedures, including provisions relating to liquidated damages and delinquency collection, and agree to be bound thereby as the same may be originally constituted, as amended and as they may be subsequently amended.

c.    For the purposes of this Agreement, delinquency in failure to make the required reports and contributions to the Trust Funds as determined by the Trustees, shall consist of the following:

    (i)    Failure to submit trust report forms completely filled out and executed;
    (ii)   Failure to report on all employees;
    (iii)  Failure to make the payments as required on time;
    (iv)   Failure to pay audit amounts and audit fees and other costs and damages as determined by the Trust;
    (v)    Failure of the bank to honor checks submitted;
    (vi)   Failure to pay monies due;
    (vii)  Failure to submit to an audit; and
    (viii) Failure to submit payroll breakdowns by job during an audit, if the Contractor maintains or can retrieve electronically such payroll breakdowns.

The Trust Funds may exercise discretion in determining the materiality of a technical delinquency and may refrain from publishing to third parties that an employer committing only such a violation is delinquent. When the Trust Funds are asked by third parties or by a Contractor the status of that Contractor, the Trust Funds shall respond promptly to facilitate the Contractor's ability to address any problems quickly and to enable to Contractor to obtain prompt payment from its clients.

d.    The Trustees of the Trust Funds shall furnish to the Contractor and the Union a list of delinquent contractors each month. Such list will also be available to all signatory Contractors on request in electronic format at no cost or in printed format, subject to such reasonable cost as may be determined by the administrative office of the Trust Funds as representing the cost of duplication and transmission of such list, payment for which is to be made in advance. If the Contractor subcontracts any portion of his job to any subcontractor whose name appears on the delinquent list, the Contractor shall be liable for all fringe benefit

contributions of the Contractor or his subcontractor or the subcontractor of his subcontractor for work performed on the Contractor's job or project.

e.      If the Contractor fails to remove the delinquent subcontractor, the Contractor shall become financially responsible for all fringe benefits owed to any funds established by this Agreement by the Contractor or by his subcontractor or the subcontractor of his subcontractor for work performed on the Contractor's job or project in accordance with the requirements set forth below.

f.      The term "Contractor" for delinquency purposes only, shall also include all entities of the delinquent Contractor, change of name, or change of entity, provided that the delinquent contractor holds at least ten percent (10%) ownership in the new entity.

g.      In the event the Contractor subcontracts to a subcontractor that is not in the delinquency list at the time the subcontract is entered into, and the subcontractor subsequently became delinquent, the Trust office shall notify the Contractor of any delinquency of the subcontractor within ninety (90) days of the date the delinquency first occurred by certified mail, and in no case shall the Contractor be liable for fringe benefit contributions of a subcontractor for more than ninety (90) days prior to the date the Trust Office notice is sent to the Contractor. A courtesy copy of the notice shall be sent to the Association that represents the Contractor; provided, however, that the Trust Office's failure to send such notice to the Association shall not affect the Trust's rights against the Contractor.

h.      Where a Contractor contracts with a listed delinquent subcontractor or subcontractor, and the Contractor fails to terminate the subcontract of such delinquent subcontractor, or subcontractors, the Contractor shall become financially responsible for the liability of the delinquent subcontractor's fringe benefits on that job from the commencement of the work under the subcontract to the date of termination of that subcontract.

i.      The Trust Office shall send delinquency notices to Contractors whose contributions are not paid as required. The Trust Office shall notify the Union of those Contractors who fail to pay within five (5) days of such notice, and the Union may, within forty-eight (48) hours after receipt of such notice, withhold service from the Contractor involved until contributions are paid or satisfactory arrangements made with the Trustees for payment.

j.      Any employee rendered unemployed by reason of the foregoing shall not be deemed engaged in a work stoppage or labor dispute, but shall be deemed constructively laid off by the Contractor by failure to pay monies due for the benefit of the employees. The Contractor agrees that such employees are entitled to unemployment insurance and warrants that he will take no action to interfere with the employee's application for unemployment insurance. Any dispute in connection with this paragraph is subject to the grievance procedure.

5.5      **LIUNA Political Action Committee**:

a.      Subject to the following conditions, the Contractor agrees that it shall, if it is

furnished with its employee's written authorization to do so, deduct the sum authorized by the employee as the amount owing for contribution to the Laborers International Union of North America Political Action Committee (LIUNA PAC), or other Political Action Committee from the amounts required to be paid to the Vacation Trust Fund pursuant to Appendix A hereto for each employee for each hour worked or paid for in each payroll period. In implementing the foregoing, the parties have heretofore established the Laborers Vacation Dues Reconciliation Trust (hereinafter "Dues Trust") and they hereby designate the Dues Trust as agent for the purpose of receiving and holding written authorization for, and for receiving, holding, allocating and distributing moneys designated by employees as political contributions.

b.    Said contributions shall be transmitted to the Dues Trust concurrently with, but not as a part of, the employer's monthly vacation contributions with respect to his employees covered by this Agreement to the Construction Laborers Vacation Trust for Southern California. All sums deducted by the employers as contributions pursuant to the provisions of this Section shall, from the instant of their deduction, be considered, contributions to LIUNA PAC or other designated Political Action Committee. Prior to deposit in the separate bank accounts of the Dues Trust, on the one hand, and the Vacation Trust Fund, on the other, the bank shall separate the political contributions and deposit such sums in the account of the appropriate Trust referred to in this Section. The Union shall bear the entire responsibility for furnishing the written contribution authorization.  All costs incidental to receipt, administration and remittance to the LIUNA PAC or other Political Action Committee shall be paid from the political contributions made into the Dues Trust or, at the Union's election, paid by the Union; and the Contractor shall not, by virtue of this provision, incur any additional cost. This provision shall not reduce the obligations of the Contractor to pay the full amount of vacation contributions specified in this Agreement.

5.6    **Southern California Environmental Contractors Association Contract Administration/Industry Promotion Trust Fund**

a.    To protect and expand the interests of the Construction Industry, to be aware of modes and methods of improving the efficiency of the industry and to protect the industry from harmful legislation whose impact is detrimental to both the employees and the industry, to provide for the costs of the Contractor in negotiating and administering the provisions of this Agreement, and for the purpose of increasing market share of the unionized segment of the industry, a trust fund entitled "Southern California Environmental Contractors Association Contract Administration/Industry Promotion Trust Fund" has been created on behalf of the Individual Contractors signatory to this Agreement. The contribution into the Southern California Environmental Contractors Association Contract Administration/Industry Promotion Trust Fund shall be as set forth in Appendix A hereof. The Trust Fund shall be administered solely by Trustees selected by the Contractor in accordance with a trust agreement to be executed by the Contractor.

The Union shall have the right, not more than one (1) time per year, to independently audit the Trust Fund.

b.    The Southern California Environmental Contractors Association Contract Administration/Industry Promotion Trust Fund shall be used only for the purposes set forth in paragraph a and shall not be used for anti-labor or anti-employee purposes.

c.    The Southern California Environmental Contractors Association Contract Administration/Industry Promotion Trust Fund and its contribution rate as determined by the Trustees of said Trust shall be included on the monthly fringe benefit reporting form from the Southern California Construction Laborers Trust Funds.

## 5.7 Laborers' Trusts Administrative Trust Fund:

Contractors covered by the terms of the Laborers Asbestos Agreement approve and consent to the appointment of the Trustees designated by the Laborers' Trusts Administrative Trust Fund for Southern California and further ratify, confirm and consent to all acts heretofore taken in the creation and administration of said Trust by the joint Trustees, its agents and representatives, and agree to be bound by all the terms, conditions, provisions, privileges and obligations provided for by said Agreement and Declaration of Trust as same may be constituted in its original form, as amended, and as may be subsequently amended.

The primary purpose of the Administrative Trust Fund shall be to pay operating costs of the Vacation Trust Fund that cannot be paid from interest revenue, forfeitures, and payments and income other than actual hourly contributions to the Vacation Trust Fund for hours worked or paid (referred to as "Operating Cost Shortfall"). If the auditor for the Vacation Trust Fund certifies that the Administrative Trust Fund has sufficient assets to pay the Operating Cost Shortfall for at least 24 months, the excess assets of the Administrative Trust Fund shall be used to pay administrative expenses of the Health & Welfare Trust Fund or Pension Trust Fund; or the Union, upon 30 days written notice to the Associations, may reallocate future contributions to the Administrative Trust Fund, to the Health & Welfare Trust Fund or Pension Trust Fund.

## VI.   HIRING

6.1   Current Employees:   The Contractor may, in its sole discretion, continue to employ persons who have previously worked for it or who are currently working for it at the time of execution of the Agreement. Such employees are subject to Article IV.

6.2   New Employees:

a.    The Contractor shall notify the Union of the need for additional employees. The Union shall have twenty-four (24) hours within which to supply the Contractor's requirements. The Union will not refer any person who does not possess Laborers' training certification or training certification from the National Asbestos Council.

If the Union knows that no workers are available, the Union shall immediately notify the Contractor, who may then hire from any source. All requests by the Contractor for new or additional employees, including requests for the dispatch of a worker by name and paper work requests, shall be in writing including the location of the project, number of workers needed, and approximate duration of the project.

b.      The Union shall not dispatch workers or permit employees to work for a person, firm, limited liability company, partnership, joint venture or other legal entity who, as a "broker", or subcontractor, furnishes workers to perform work covered by this Agreement, or who arranges for workers to be placed upon the payroll of a Contractor. A "broker" is a person, firm, limited liability company, partnership, joint venture or other legal entity, including a Contractor or Subcontractor, who hires or arranges for the hire of jobsite employees but does not supervise or control their work or maintain the equipment they use.

6.3     **Qualification and Free Transfer of Employees**:

a.      The Contractor shall be the sole judge of the qualifications of its employees, and shall have discretion to hire or not to hire any applicants for employment, so long as the refusal to hire is not based upon the applicant's membership in, or referral from, the Union.

b.      The Contractor shall have freedom of transfer of employees within the geographical area of this Agreement.

c.      Whenever the Contractor transfers employees out of the geographical area of this Agreement, to an area where the Contractor is not signatory to a Laborers' Agreement covering the work covered herein, the Contractor shall contribute to the Trust Funds mentioned in this Agreement for all hours worked by or paid to such employees for work covered herein for the duration of the job for which they were transferred.

6.4     **Notification to the Union**:    If the Contractor hires an employee from a source other than the Union as provided in Section 6.1, the Contractor shall notify the Union in writing of the employee's name, social security number, date of hire, and job classification.

6.5     **Discharged Employees**:

a.      Any employee discharged by the Contractor, whether such discharge was with or without cause as defined herein, shall not be referred again to the Contractor by the Union, provided that the Contractor notifies the Union in writing of its desire not to hire the employee.

b.      In addition to the above, the Contractor and Union agree that employees shall be subject to this Section, which shall be known as the Laborers' Code of Conduct.

Nothing in this Section 6.5(b) shall diminish the Contractor's rights under Section 6.5(a) or any other provision of this Agreement governing the Contractor's right to terminate employees' employment.

(i)   Should any employee referred for employment hereunder be terminated "for cause" as defined under this Section 6.5(b), his or her referral privileges shall be suspended automatically for one (1) month.   Should the same employee be terminated "for cause" a second time within a twenty-four (24) month period, his or her referral privileges shall be suspended automatically for six (6) months.   Should the same employee be terminated "for cause" a third time within a twenty-four (24) month period, his or her privileges shall be suspended indefinitely (time period begins from the date of the first termination).   A termination "for cause" under this section 6.5(b) is defined to include a termination for excessive absenteeism, excessive tardiness, lack of required skills, insubordination or theft.

(ii)   A termination shall not be considered as "for cause" for purposes of this provision if the person referred for employment has filed a grievance challenging the propriety of his or her termination unless and until the grievance is resolved in a manner that affirms the termination for cause; provided, however, that nothing in this section 6.5(b) shall expand the contractual bases for a challenge to a Contractor's termination decision under the grievance and arbitration procedure of this Agreement.   For the purpose of this provision, a decision of the designated board of adjustment or arbitrator shall be final and binding.

(iii)   The provisions of subsections (i) and (ii) notwithstanding, a Review Committee, composed of three members appointed by the Business Manager of the Southern California District Council of Laborers may,  upon request of the applicant for referral, vacate or reduce the period of suspension.   A request under this provision shall stay the commencement of the suspension from referral unless and until the Review Committee decides otherwise.   The Review Committee's decision will be by majority vote and shall be based on all available evidence including, as appropriate, the circumstances of the termination, skill evaluations by third parties, the availability and need for additional training and such other factors as may be relevant.   The Review Committee's decision shall rest in its sole and complete discretion.

(iv)   The decision of the Review Committee will affect only the issue of eligibility for future referrals, and will not affect the termination unless all parties expressly consent to have that issue considered by the Review Committee.

(v)   If dissatisfied with the decision of the Review Committee, the applicant for referral may appeal the Review Committee's decision to an Independent Review Officer designated by and whose cost shall be paid by the International Union.   The Independent Review Officer shall establish a procedure of expedited and prompt review of such appeals.   Any appeal to the Independent Review Officer shall be filed by the applicant for referral in writing within five (5) calendar days of the time he/she has been notified of Review Committee decision and shall contain a brief statement of issue(s).   The decision of the Independent Review Officer shall be final and binding.   A request for review under this provision does not affect the commencement or continuation of the suspension from referral unless and until the Independent Review Officer decides otherwise.

-- 12 --

6.6     **Training:**     The Contractor has the right to designate persons to be sent to training through the Laborers' Training Center. Such training will be done with a reasonable time.  Forty (40) hours under this Agreement is required for AHERA training.

6.7     **Foreman**:     The Contractor shall employ at least one (1) foreman for each twelve (12) asbestos and lead abatement workers employed. This ratio may be expanded upon the agreement of the Union and the Contractor for a specific project.  As used in this Agreement, the term "Foreman" shall include persons classified by the Contractor, and possessing certification, as "Asbestos Supervisors" if the person uses the tools of the trade or performs any work covered by this Agreement.  Foremen shall be paid not less than two dollars ($2.00) per hour more than the asbestos and lead abatement worker rate set forth in Appendix A.  In the event the Contractor, at its option, elects to use a Foreman to supervise other Foremen, he/she shall be paid not less than one dollar and twenty-five cents ($1.25)  per hour more than the hourly rate of the highest classified Laborer Foreman over which he/she has leadership.  No individual foreman shall have his/her current hourly wage rate reduced as a result of this Section 6.7.

6.8     **Leadman**:     The employer may employ a leadman who will work under the supervision of the foreman.

## VII.   **HOURS AND OVERTIME**

7.1     **Hours and Days of Employment:**

a.     The Contractor shall establish the hours of work per day and the days of work per week, either shifts of four days of ten hours per day or five days of eight hours per day in any one week, for which the employee shall receive straight time wages. Once established, the days and type of work week shall not be changed until the Contractor has notified the Union in writing. The newly changed work week may not begin until at least seven days after the start of the previous workweek. This section does not guarantee any specific number of hours per day or week.

b.     In the event due to inclement weather or similar Act of God, or a situation beyond the Contractor's control, it is not reasonably possible to complete forty (40) hours of work in a work week on either an eight (8) hour day shift or ten (10) hour day shift, Monday through Friday, then the balance of the forty (40) hours may be worked on Saturday at the straight time rate.  No employee will be terminated for refusing to work on Saturday at a straight time rate.

7.2     **Overtime**: All time worked in excess of eight (8) hours in a day in a five (5) day work week, or in excess of ten (10) hours in a day in a four (4) day work week shall be paid at the applicable overtime rate.  Except as otherwise provided in Section 7.1(b), all work performed on Saturdays, Sundays and Holidays shall be paid at the applicable overtime rate.

7.3     **Overtime Rate:**  Sundays and Holidays shall be paid at a double time rate.  In all other circumstances, the overtime rate shall be paid at one and one-half (1 ½) times the regular rate of

pay.

7.4    **Meal Period**: Employees shall not work more than five consecutive hours without a one-half hour meal period. When employees work over five hours without being provided with a one-half hour meal period, they shall receive one-half hour pay at the double time rate. When an employee is required to work more than three hours after the employee's regular shift, the employee will be entitled to a one half hour meal period at the time end of the three hours without loss of pay and an additional one half hour each five hours thereafter, without loss of pay. If an employee is required to work through an overtime meal period, the employee shall receive pay for an additional one half hour at the double time rate. Meal periods may be staggered to meet job requirements.

7.5    **Rest Periods**: The parties to this Agreement recognize Industrial Wage Order 16 covering "On Site Construction, Mining, Drilling and Logging Industries." Any dispute or grievance arising from this Wage Order shall be processed under and in accordance with Article XIV, Grievance Procedure. The grievance process of Article XIV shall be the exclusive method for resolving all alleged violations of this Wage Order and the time limits of Article XIV shall apply.

Wherever the Wage Order refers to collective bargaining agreements, this Agreement shall be deemed to satisfy all of the requirements for treatment as a qualified collective bargaining agreement.

7.6    **Heat Illness Preventative Recovery Period:** A heat illness preventative cool-down recovery period shall be made available for employees working in high heat conditions in order to prevent heat illness in accordance with CAL-OSHA requirements.

7.7    All disputes concerning the payment of wages, meals, rest periods and/or heat illness preventative recovery periods are subject to Article XIV, Grievance Procedure and as outlined in Appendix D of the Agreement. Decisions resolving disputes arising out of the Grievance Procedure shall be final and binding upon both parties.

7.8    **Reporting**: A worker who is required to report to work and does report and is furnished no work, shall be paid at least two (2) hours at his/her hourly rate of pay.

7.9    **Standby Time**: A worker shall be paid for all time he/she is required to remain on the job at his/her hourly rate of pay.

7.10   **No Guaranteed Employment**: Nothing in this article shall be interpreted as a guarantee to any employee as to the number of hours or days of employment the employee will be offered.

VIII.   **NON-PAID HOLIDAYS**

8.1    The following eight (8) days shall be non-paid holidays for purposes of this Agreement. NEW YEARS DAY, MEMORIAL DAY, FOURTH OF JULY, LABOR DAY, VETERANS DAY, THANKSGIVING DAY, DAY AFTER THANKSGIVING DAY, AND CHRISTMAS DAY. If any of the above holidays should fall on a Sunday, the Monday following the holiday should be considered a legal (contractual) holiday. Work on such holiday should be paid for at holiday overtime rate provided herein.

IX.   **BUSINESS REPRESENTATIVES AND STEWARDS**

9.1    **Business Representative:**    The Union's Business Representatives shall have access to the project during working hours and shall make every reasonable effort to advise the Contractor of the representative's presence.

9.2    **Stewards:**

a.    The Union may appoint a working employee as its steward by notifying the contractor.

b.    It is recognized by the Contractor that the employee selected as the job steward shall remain on the job as long as there is work being performed in a classification in which the steward is qualified, except that, at the completion of the job, the Contractor shall not be required to retain the steward in lieu of the foreman or key man upon reduction in force. The Contractor or his representative, before laying off or discharging the craft job steward for any cause other than stated in paragraph c, below, shall notify the Union in writing of his intent to do so two full working days prior to such layoff or discharge. The Contractor or his representative will meet with the representative of the Union during this two day period to attempt to resolve the matter, The craft job steward shall not be discharged or laid off for the performance of his agreed upon duties when performed in accordance with this Section 9.2 or without just cause.

c.    To promote harmony between the Union and the Contractor, the craft job steward shall be limited to, and shall not exceed, the following duties and activities:

i.    Check the job referral of each employee dispatched under the terms of this Agreement to the Contractor;

ii.    Work with the Contractor's designated representative in charge of the job in an attempt to resolve disputes prior to the application of the grievance procedure;

iii.    Report to the Contractor's designated representative any employee covered by this Agreement who works for less than the negotiated wage scale, for less than the overtime rate or who goes to work without a referral;

iv.     Report to the Contractor's designated representative any work belonging to the Union's craft being done by non-dispatched men or workers of another craft;

v.     Report to his Business Representative infractions of the Agreement which have not been resolved between the steward and the Contractor;

vi.     Make a complete job check during working hours no more often than once per week;

vii.     Report to the Union's Business Representative any employee covered by this Agreement who leaves the jobsite without giving the Contractor and the craft job steward prior notice;

viii.     Report any reckless or unsafe employee covered by this Agreement on the jobsite to the Contractor's designated representative or the Union's Business Representative.

ix.     The craft job steward shall NOT:

A.     Stop the Contractor's work for any reason;

B.     Tell any worker or employee covered by this Agreement that the worker cannot work on the job; or

C.     Initiate any physical altercation with any person on the jobsite.

x.     Infraction of the rules in subparagraph ix shall be cause for immediate dismissal of the craft job steward without any prior notice and this shall be the exclusive remedy for a violation of this section.

xi.     Any dispute in connection with this Section 9.2 shall be referred to the Grievance and Arbitration Provisions of this Agreement.

## X.     NO STRIKES OR LOCKOUTS

10.1     During the terms of the Agreement, the Union shall not strike the Contractor, and the Contractor shall not lock out the employees.

## XI.     WORKING CONDITIONS

11.1     **Parking**:     In the event free parking facilities are not available within three hundred and fifty (350) yards of a jobsite, the Contractor shall reimburse the employee for the reasonable cost of such parking up to a maximum of $10 per vehicle per day upon being presented with a receipt or voucher certifying the cost thereof, such reimbursement to be made on a weekly basis or upon conclusion of the job, whichever occurs earlier.

11.2     **Drinking Water**:     The Contractor shall furnish cool and potable drinking water and

sanitary drinking cups for the employees.

11.3   **Toilet Facilities**:      The Contractor shall furnish suitable toilet facilities for the employees.

## XII.   **TOOLS**

12.1    Each employer covered by this Agreement shall furnish the following hand tools and equipment:

1 regular screwdriver
1 Phillips screwdriver
1 claw hammer
1 hand scraper (wide and narrow)
1 tin snips
1 lineman pliers
1 wire brush
1 gym bag
1 razor knife
1 flashlight

12.2    The Contractor shall make available for purchases of its employees, at the Contractor's cost the above complement of tools. When employment is terminated, the Contractor, at the employee's request, will buy back the purchased tools at the original purchase price provided the offered tools are in usable condition.

## XIII.   **GENERAL**

13.1    All employees shall possess and maintain a valid California Driver's License and/or assure the Contractor of a reliable means of transportation.

13.2    All candidates referred from the Union's hiring hall must report to the Contractor's office before reporting to the jobsite in order to complete manual paperwork.

13.3    Failure to comply with provisions of this article will result in discharge.

## XIV.   **GRIEVANCE PROCEDURE**

14.1    **Definition**:      A grievance is a claim by either party or by an employee that there has been a violation of this Agreement.

14.2    **Time Limits**: A grievance must be brought to the attention of the Contractor or Union within fifteen (15) calendar days of its occurrence or, in the case of a discharge only, 7 calendar days. Failure to comply with procedural time limits will result in matter being deemed resolved.

14.3    **Procedure**:      An employee who cannot resolve a grievance with the Contractor shall

submit the grievance to the Business Representative, who shall attempt to resolve it with the Contractor. The Contractor shall attempt to resolve its grievances with the Business Representative.

14.3.1  If no resolution is reached within five (5) days of the date the Business Representative submitted the grievance to the Contractor or the Contractor submitted the grievance to the Union, the grievance shall be reduced to writing and the parties shall meet to discuss the written grievance within three (3) workdays of the submission of the writing.

14.3.2  If said grievance or dispute is not satisfactorily adjusted by the Local Union or otherwise authorized Union Representative and the individual Contractor or his representative and the Contractor is a member of a multi-employer association party to this Agreement and has assigned its bargaining rights to that association, the matter may be submitted by either party to a board of adjustment created for the settlement of such disputes; if said grievance or dispute is not satisfactorily adjusted by the Local Union or otherwise authorized Union representative and the individual Contractor or his representative and the Contractor is not a member of a multi-employer association party to this Agreement and/or the Contractor has not assigned its bargaining rights to that association, either party may declare the matter to be at a deadlock and refer it to arbitration through the process set forth in Section 14.3.4.

14.3.3  The board of adjustment shall be composed to two (2) members named by the Union and two (2) members named by the Contractor.  The decisions of the Joint Adjustment Board or Arbitrator are final and binding upon the parties, and are enforceable in a court of competent jurisdiction.

14.3.4  In case of a deadlock: The grieving party may write for a list of seven (7) arbitrators to the Federal Mediation and Conciliation Service or the American Arbitration Association. The party against whom the grievance was filed shall strike the name of an arbitrator from the list, and the parties shall thereafter strike alternately until the name of one (1) person remains, which shall be the arbitrator. The expenses of the arbitrator shall be borne equally by both parties.

XV.   **RESPIRATORS**

15.1    The Contractor will provide each employee with one (1) respirator. If the respirator is lost, the employee will be required to pay the Contractor the Contractor's cost for the lost equipment. Upon termination of employment, such respirator shall be returned in the same condition as received, normal wear and tear excepted. Upon termination of employment, if the respirator is not returned in the same condition as given, normal wear and tear excepted, the Contractor's cost of the respirator shall be deducted from the employee's final paycheck. The Contractor shall provide lockers for employees.

XVI.  **RIGHTS OF MANAGEMENT**

16.1    The management of the operation and the direction of the working forces are vested exclusively with the Contractor. The Contractor retains the sole right to hire, discipline, discharge, lay off, assign, promote and transfer employees and to determine the starting and

quitting time and the number of hours to be worked, direct the working force, manage their business in accordance with its judgement, and determine the number of employees on a project.

## XVII. **GENERAL**

17.1     Current employees wage rates will not suffer a reduction due to the execution of the Agreement.

17.2     If the Union grants more favorable terms to any Contractors; the more favorable terms shall be applicable to the Contractor. The Union shall, upon request, provide the Contractor with a copy of any contract it negotiates with any other Contractor.

## XVIII. **JOB LOCATIONS**

18.1     Upon written request by the Union, the Contractor shall notify the Union in writing of the address of each jobsite covered by this Agreement prior to the commencement of work.

## XIX. **SAVING CLAUSE**

19.1     In the event any portion of this Agreement shall become ineffective as the result of any applicable Local, State or Federal Law, only that portion of this Agreement so affected shall be ineffective. In no event, shall the fact that a portion of this Agreement be not applicable or illegal in accordance with such laws render the remainder of this Agreement ineffective or terminated.

## XX.     **MAINTENANCE OF STANDARDS**

20.1     The Contractor agrees that all conditions of employment for workers relating to wages, hours of work and general-working conditions shall be maintained at no less than the highest standards in effect as of the date of this Agreement. Conditions of employment shall be improved wherever specific provisions for improvement are made elsewhere in this Agreement.

## XXI.    **SUBSISTENCE**

21.1     Subsistence shall be paid at the rate of fifty-five dollars ($55) per scheduled workday.

21.2     In lieu of subsistence, the Contractors may provide and maintain acceptable room and board on or immediately adjacent to the project seven (7) days per week in compliance with California State Laws.

21.3     Employees shall travel to and from their daily initial reporting place to their own time and by means of their own transportation. The Contractor shall be responsible for payment of wages from the reporting point, as ordered by the Contractor, to the jobsite and from job to job and return. However, employees who voluntarily report to a point for free transportation to the jobsite will not be compensated from the time en route and return. For offshore work, employees will receive travel pay at straight-time rates from port of embarkation to jobsite and from jobsite to debarkation regardless of mode of transportation, which transportation shall be at the

Contractor's expense. If no camp is furnished by the Contractor's, such transportation shall be furnished daily.

21.4   a.   Subsistence shall be paid to all employees traveling more than one-hundred and fifty (150) miles round trip from the Local Union headquarters located at 2005 W. Pico Boulevard, Los Angeles, CA 90006.

b.   Effective May 1, 2016, the 150 mile round trip is calculated from the dispatch office at which the employee is registered (or, if not dispatched, the zip code in which the employee resides). For employees registered at the San Diego dispatch office or, if the employee is not dispatched from a union hiring hall, with a residence in a zip code set forth in Appendix B, the 150 mile round trip is calculated from 9888 Carroll Center, San Diego, CA 92126. For all other employees, the 150 mile round trip is calculated from 2005 W. Pico Boulevard, Los Angeles, CA 90006.

21.5   Subsistence shall be applicable as per Article I: Recognition, Article II: Coverage and as per Article XXI: Subsistence, Section 1-2 and 3.

21.6   Employees living within the radius of twenty-five (25) miles from the project will be excluded from the subsistence or it will be at the discretion of the Contractor.

21.7   Wherever the Union cannot provide a sufficient supply of available and qualified workers, then the Contractor will be entitled to hire employees from any other source. All new hires as per this section will be in accordance to Article I-Recognition, Article IV-Union Security and Article VI-Hiring.

## XXII. **PUBLIC WORKS PROJECT DAVIS-BACON ACT AND RELATED STATUTES**

22.1   a.   In the event an individual Contractor bids a public job or project being awarded by a federal, state, county, city or public entity which is to be performed at a predetermined or prevailing wage rate established by the Secretary of U.S. Department of Labor (pursuant to Public Law 74-403 as amended by Public Law 88-349 the requirements for which are contained in 29 C.F.R. Parts 1, 2, 5 and 7 and which determinations are published in the Federal Register), or the Director of the California Division of Industrial Relations, or a County, City or other public entity and the established prevailing wage rate, including vacation contributions, is lower by no more than fifteen percent (15%) on residential or housing work, or by no more than ten percent (10%) on any other type of work, than the hourly wage rate (excluding fringe benefits) in this Agreement, the published hourly wage rate, including vacation contributions, at the time of the bid shall apply to the job for the duration of the job or project, but in no event to exceed an eighteen (18) month period.

b.   In the event such a job or project extends beyond eighteen (18) months, the wage rates, including vacation contributions, shall be increased thereafter to maintain

the appropriate maximum fifteen percent (15%) or ten percent (10%) differential under the then current Laborers Asbestos Agreement for Southern California.

22.2    Should the predetermined wage rate and the rate in this Agreement on such a public job or project be the same, it is agreed that the rate shall be in effect for an eighteen (18) month period. On work that extends beyond eighteen (18) months, the then current Laborers Asbestos Agreement for Southern California shall apply.

## XXIII.  **TERM, TERMINATION AND RENEWAL**

23.1    The term of this Agreement is October 1, 2018 to July 31, 2022, and from year to year thereafter, unless either party gives written notice received by the other not less than sixty (60) days prior to  July 31, 2022, or sixty (60) days prior to July 31 of any subsequent year, of a desire to terminate or renegotiate the Agreement.

Executed on this _8th_ day of _November_ 20 _18_ .

Contractors:                                              Union:

Southern California Environmental Contractors Association, on behalf of itself and its eligible member Contractors.  A roster of SCECA members with name, address, contact information and CSLB number is attached as Appendix F hereto and made a part hereof by reference.

Southern California District Council of Laborers

By: _____

Dated: _11/8/18_ _____

By _____

Dated: _11/1/18_ _____

By: _Michael Walton_ _____

Dated: _10/30/18_ _____

Laborers International Union of North America, Local Union 300

By: _____

Dated: _11-5-18_ ._____

-- 21 --

LAA Appendix A

Minimum Hourly Wage Rates and Fringes

Effective October 1, 2018 to July 31, 2022

Asbestos and Lead Abatement

The existing pay and contribution rates shall continue through 2/28/19 and then increase as follows.

| Applicable Hourly Rate | 10/1/18 | 3/1/19 |
|---|---|---|
| Wage | $33.19 | $34.69 |
| Southern California Health & Welfare Trust | $7.00 | $7.32 |
| Construction Laborers' Pension Trust Fund | $7.46 | $7.78 |
| Laborers Annuity Plan for Southern California | $0.00 | $0.25 |
| Vacation Trust Fund | $4.45* | $4.84* |
| Laborers' Training Trust | $0.75 | $0.75 |
| Center for Contract Compliance Trust Fund | $0.30 | $0.30 |
| SCECA Contract Administration/Industry Promotion Trust Fund | $0.05 | $0.15 |
| Laborers' Trusts Administrative Trust Fund | $0.04 | $0.04 |
| Total | $53.24 | $56.12 |

*Vacation rate of $4.45 &, then, $4.84 includes supplemental dues of $1.88

Subsistence - $55 per day for travel of 75 miles or more/150 miles round trip.

Thereafter, there will be increases in the hourly pay and benefit contribution rates as follows:

Future Increases**
3/1/20:  $2.86
3/1/21:  $2.91

** To be allocated by the Union to: (1) hourly wage rate; (2) health and welfare; (3) pension; (4) annuity; (5) training & retraining; (6) vacation and/or supplemental dues; (7) Center for Contract Compliance; (8) other benefit funds; or (9) any combination thereof.

Foremen

Foremen are to be paid a wage rate two dollars ($2.00) per hour more than the asbestos and lead abatement worker hourly wage rate.   In the event the Contractor, at its option, elects to use a foreman to supervise other foremen, he/she shall be paid not less than one dollar and twenty-five

cents ($1.25) per hour more than the hourly rate of the highest classified Laborer foreman over which he/she has leadership.

LAA Appendix B

The Zip Codes referenced in Article XXI, Subsistence, are as follows:

| | | |
|---|---|---|
| 91902 | 92025 | 92110 |
| 91903 | 92026 | 92111 |
| 91905 | 92027 | 92113 |
| 91906 | 92028 | 92114 |
| 91908 | 92029 | 92115 |
| 91909 | 92036 | 92116 |
| 91910 | 92037 | 92117 |
| 91911 | 92040 | 92118 |
| 91913 | 92054 | 92119 |
| 91914 | 92055 | 92120 |
| 91915 | 92056 | 92121 |
| 91916 | 92057 | 92122 |
| 91917 | 92058 | 92123 |
| 91932 | 92059 | 92124 |
| 91933 | 92060 | 92126 |
| 91934 | 92061 | 92127 |
| 91935 | 92064 | 92128 |
| 91941 | 92065 | 92129 |
| 91942 | 92066 | 92130 |
| 91945 | 92067 | 92131 |
| 91948 | 92069 | 92134 |
| 91950 | 92070 | 92135 |
| 91962 | 92071 | 92139 |
| 91963 | 92075 | 92140 |
| 91977 | 92078 | 92145 |
| 91978 | 92081 | 92147 |
| 91980 | 92082 | 92154 |
| 92003 | 92083 | 92155 |
| 92004 | 92084 | 92173 |
| 92007 | 92086 | |
| 92008 | 92091 | |
| 92009 | 92101 | |
| 92010 | 92102 | |
| 92011 | 92103 | |
| 92014 | 92104 | |
| 92019 | 92105 | |
| 92020 | 92106 | |
| 92021 | 92107 | |
| 92022 | 92108 | |
| 92024 | 92109 | |

LAA Appendix C

Healthy Workplace Healthy Family Act of 2014

The parties hereto agree that, to the fullest extent permitted by law, the Laborers Asbestos Agreement shall operate to waive any and all provisions of the Healthy Workplace Healthy Family Act of 2014, effective as of January 1, 2015, and shall supersede and be considered to have fulfilled all requirements of said Act as presently written and/or amended during the life of this Laborers Asbestos Agreement.

LAA Appendix D

**Grievance of Disputes**

The Parties to this Agreement recognize that the Supreme Court of the United States has consistently held for over fifty years that federal law and policy favors the use and finality of arbitration procedures established through collective bargaining agreements to resolve all nature of disputes affecting the employee-employer relationship.

As the designated representative of employees, the Union contracts regarding the specific terms and conditions of employment as well as the enforcement mechanism to ensure those conditions are met, which mechanisms include grievance arbitration. These terms, conditions and enforcement mechanisms are generally superior to those available to employees not covered by collective bargaining agreements. Grievance arbitration provision in a collective bargaining agreement is reflected in national labor laws and is premised on the federal policy to promote industrial stabilization through the collective bargaining agreement. "A major factor in achieving industrial peace is the inclusion of a provision for arbitration of grievances in the collective bargaining agreement." United Steelworkers of Am. v. Warrior & Gulf Nav. Co., 363 U.S. 574, 577-78, 80 S.Ct. 1347, 1350, 4 L.Ed. 2d 1409 (1960); D.R. Horton, Inc. v. N.L.R.B., 737 F.3d 344, 361 (5th Cir. 2013) ("(We discern[ ] in the structure of the [National Labor Relations Act] the very specific right of employees to complete the collective-bargaining process and agree to an arbitration clause." citing, Blessing v. Freestone, 520 U.S. 329, 343, 117 S.Ct. 1353, 137 L.Ed.2d 569 (1997)) (internal quotation marks and citation omitted).

The Parties to this Agreement recognize that the National Labor Relations Board has held that the pursuit of collective or class action claims is concerted action but that a union may waive certain rights to concerted action in a collective bargaining agreement. In doing so, the National Labor Relations Board recognized that a collectively bargained arbitration clause stems from the exercise of rights to act in concert and that "[F]or purposes of examining whether a waiver of Section 7 rights is unlawful, an arbitration clause freely and collectively bargained between a union and an employer does not stand on the same footing as an employment policy... imposed on individual employees by the employer as a condition of employment." D. R. Horton Inc., 357 NLRB No. 184 (January 3, 2012).

The Parties to this Agreement recognize that arbitration pursuant to the grievance procedure affords numerous benefits including expedited resolution of disputes; reduced cost and expense as compared to litigation; potentially greater monetary relief to individual employees; benefit of the arbitrator's knowledge and expertise with the bargaining parties, the employment relationships governed by the collective bargaining agreement, and the practices of the construction industry; less restrictive rules of evidence; and less formal procedures. The Parties also recognize that class and representative action procedures are designed to afford a mechanism of relief for claims for which the costs of litigation are disproportionate to the available relief and that this grievance procedure addresses the same concerns by providing an expedited mechanism at reduced cost to address such claims without the need for class or representative action procedures. It is therefore the intent of the parties that this grievance procedure provide a mechanism for resolving the individual claims covered herein which

balances expedited and complete relief to employees for violations with avoidance of unnecessary costs and disproportionate remedies associated with class and representative actions.

## Arbitration of Employment Related Claims

Any dispute, complaint or grievance alleging a violation of the Laborers Asbestos Agreement shall be processed through the Procedure for Settlement of Grievance and Disputes in Article XIV, and the Local Union and Union shall retain sole and exclusive ability to bring such a grievance to arbitration pursuant such Article. In addition, any dispute, complaint or grievance concerning a violation of, or arising under, Industrial Welfare Commission Wage Order 16 ("Wage Order 16") which is subject to the Procedure for Settlement of Grievance and Disputes in Article XIV by operation of Wage Order 16 and exemptions contained therein for employees covered by collective bargaining agreements shall remain subject only to Article XIV and not this Appendix D. Disputes, complaints or grievances within the scope of this paragraph shall be referred to as "Contractual Disputes."

In addition to Contractual Disputes that may be brought by the Union or Local Union as described above, all employee disputes concerning violations of, or arising under Wage Order 16 (except as noted in the immediately preceding paragraph), the California Labor Code Sections identified in California Labor Code section 2699.5 as amended, the California Private Attorneys General Act (Labor Code section 2698, et seq.), and federal, state and local law concerning wage-hour requirements, wage payment and meal or rest periods, including claims arising under the Fair Labor Standards Act (hereinafter "Statutory Dispute" or "Statutory Disputes") shall be subject to and must be processed by the employee pursuant to the procedures set forth in this Appendix D as the sole and exclusive remedy. To ensure disputes are subject to this grievance procedure in accordance with the intended scope of coverage set forth herein, Statutory Disputes also include any contract, tort or common law claim concerning the matters addressed in the foregoing laws (other than a claim of violation of the Laborers Asbestos Agreement which are deemed Contractual Disputes). This Appendix D shall not apply to claims before the National Labor Relations Board, the Equal Employment Opportunity Commission, the Department of Fair Employment and Housing, and the California Division of Workers' Compensation.

## Procedure for Arbitration of Disputes

No Statutory Dispute subject to this Appendix D shall be recognized unless called to the attention of and, in the event it is not resolved, confirmed in writing by the individual employee to the Individual Contractor and the Local Union within the later of (i) the time set forth in the Procedure for Settlement of Grievance and Disputes in Article XIV or (ii) the time provided for under applicable statute.

Grievances and arbitrations of all Statutory Disputes shall be brought by the individual employee in an individual capacity only and not as a grievant or class member in any purported class or representative grievance or arbitration proceeding. The Arbitrator shall have the authority to consolidate individual grievances for hearing, but shall not have the authority to fashion a proceeding as a class or collective action or to award relief to a group or class of employees in one grievance or arbitration proceeding.

If the individual employee dispute is a Statutory Dispute subject to this Appendix D, the grievance shall not be heard by the Joint Adjustment Board, but shall proceed directly to an independent Arbitrator. In such cases, the procedures for selection of an Arbitrator contained in Article XIV shall not apply; instead, the individual employee and the Contractor shall proceed to arbitration pursuant and subject to the American Arbitration Association National Rules for Employment Disputes. The Contractor shall pay all fees and costs related to the services of the American Arbitration Association and the services of the Arbitrator; however, the Arbitrator may reallocate such fees and costs in the arbitration award, giving due consideration to the individual employee's ability to pay. Each party shall pay for its own costs, expenses, and attorneys' fees, if any. However, if any party prevails on a statutory claim which affords the prevailing party costs or attorneys' fees, or if there is a written agreement providing for an award of costs or attorneys' fees, the Arbitrator may award costs and reasonable attorneys' fees to the prevailing party. Any issue regarding the payment of fees of costs, and any disputes about the manner of proceeding shall be decided by the Arbitrator selected.  The Local Union or Union shall not be a party to such, and shall bear no costs or fees of the arbitration.

The Arbitrator shall have full authority to fashion such remedies and award relief consistent with limitations under federal and state law, and precedent established thereunder, whether by way of damages or the award of attorneys' fees and other costs, orders to cease and desist, or any and all other reasonable remedies designed to correct any violation which the Arbitrator may have found to have existed, including such remedies as provided under applicable state or federal law or regulation. The decision of the Arbitrator is final and binding upon the parties and is enforceable in a court of competent jurisdiction.

The Arbitrator shall not have any authority to award relief that would require amendment of the Laborers Asbestos Agreement or other agreement(s) between the Union and a Contractor or the Contractors, or which conflicts with any provision of any collective bargaining agreement or such other agreement(s). Any arbitration outcome shall have no precedential value with respect to the interpretation of the Laborers Asbestos Agreement or other agreement(s) between the Union and a Contractor or the Contractors.

APPENDIX E

MEMORANDUM OF UNDERSTANDING
DRUGS AND ALCOHOL ABUSE PREVENTION AND DETECTION

The parties recognize the problems which drug and alcohol abuse have created in the construction industry and the need to develop drug and alcohol abuse prevention programs. Accordingly, the parties agree that in order to enhance the safety of the work place and to maintain a drug free work environment, individual Contractors may require applicants or employees to undergo drug and alcohol screening. The parties agree that if a screening program is implemented by an individual Contractor, the following items have been agreed upon by Labor and Management:

1.      It is understood that the use, possession, transfer, or sale of illegal drugs, narcotics, or other unlawful substances is absolutely prohibited while employees are on the Contractor's job premises, in the Contractor's vehicles, or while working on any site in connection with work performed under the applicable agreement. In addition, alcohol will not be allowed in the Contractor's vehicles.

2.      Contractors may use an on-site Oral Fluid or Urine Test solely as a type of screen for new hires and for probable cause, post accident, follow-up, compliance or conformity testing procedure on current employees. The results of on-site Oral Fluid or Urine testing may not be used as a sole means to establish grounds for denial of employment or as cause for termination.

- The individual dispatched and being screened shall complete an on-site Oral or Urine screening consent form prior to the screening.
- The individual providing specimens for testing shall use standard universal precautions to prevent the spread of infectious disease. As a minimum, protection shall be the use of disposable latex gloves.
- On-site Oral or Urine testing procedures shall be conducted in a manner consistent with the product manufacturers' instructions. Test procedures shall be performed only by the person being tested in accordance with the product manufacturer's specifications.
- A member of management and a designated union representative can witness the on-site Oral or Urine Fluid screening.
- When a dispatched individual successfully achieves a negative test result, from a substance testing perspective, this individual shall be considered eligible for employment.
- When a dispatched individual receives an inconclusive test or positive result, the actual test plate, or photographic record of the inconclusive or positive test result, shall be retained by the individual Contractor for a minimum of sixty

(60) days. These records shall be placed in a sealed envelope, signed by the tested individual, and shall be stored in a secure location separate from the individual's personnel record.

- In the event of a non-negative test result, the individual shall be immediately referred to the nearest clinic for a standard drug or alcohol test as prescribed below. The results of the standard drug or alcohol test shall determine whether the designated employee is hired or retained by the Contractor.

3.   All applicants or newly hired employees are subject to a drug and alcohol screening at a facility certified by the Substance Abuse and Mental Health Services Administration (SAMHSA) in accordance with the terms of this Memorandum. The Contractor agrees to pay each applicant or employee who takes and passes the drug and alcohol test for all the time it takes to undergo the drug and alcohol screening up to a maximum of two hours travel time plus lab time.

4.   Applicants not passing the drug and alcohol screen will not be placed on the Contractor's payroll or receive any compensation. Employees not passing the drug and/or alcohol screen will be removed from the Contractor's payroll. The Contractor agrees to pay the cost for administering the drug and alcohol screen.

5.   The Contractor may require that an employee be tested for drugs and alcohol where the Contractor has reasonable cause to believe that the employee is impaired from performing his/her job. Observation must be made by at least two (2) persons, one of whom may be a Union employee. This provision shall be applied in a non-discriminatory manner and shall utilize the reasonable suspicion checklist and reporting form attached hereto as Attachment A, or a comparable checklist. Supervisors will administer the program in a fair and confidential manner. For employees who refuse to take a test where the prerequisites set forth in this paragraph have been met, there will be a rebuttable presumption that the test result would have been positive for an unlawful substance.

6.   A Contractor may require that an employee who contributed to an accident be tested for drugs and/or alcohol where the Contractor has reasonable cause to believe that the accident resulted from drug and/or alcohol usage.

7.   The Contractors will be allowed to conduct random jobsite drug testing on construction projects under the following conditions:

   a.   All of the Contractor's personnel who are working on the project must be tested (excluding personnel working under a collective bargaining agreement that provides otherwise).

   b.   Testing shall be conducted by a SAMHSA certified laboratory, pursuant to the

-- 30 --

provisions set forth in Paragraph 9 below.

    c.     Contractor shall notify the Union at least three (3) days prior to its intent to implement random drug testing on a company wide basis.

    d.     If the Contractor manipulates the random drug testing provision in any way to single out any employee(s), such conduct shall be a violation of this MOU and subject to the grievance and arbitration procedure in the Laborers Asbestos Agreement. If the Joint Adjustment Board or the Arbitrator finds that the Contractor has committed the violation, the Contractor may no longer random drug test under the provisions of this Section 7.

8.    It is understood that the unsafe use of prescribed medication, or where the use of prescribed medication impairs the employee's ability to perform work, is a basis for removal.

9.    Drug screening shall be performed at a SAMHSA certified laboratory. A sufficient amount of a urine sample shall be taken to allow for an initial drug test and a drug confirmation test. The initial test will be by Enzyme Multiplied immunoassay Technique (EMIT). In the event a question or positive result arises from the initial test a confirmation test must be utilized before action can be taken against the employee or applicant. The confirmation test will be by Gas Chromatography - Mass Spectrometry (GC/MS). The cutoff levels for both the initial test and confirmation test will be those established by the Substance Abuse and Mental Health Services Administration, as indicated in Attachment B.  Any diluted or delayed test shall be a presumed positive result, unless reviewed and overturned by the Medical Review Officer.  Confirmed positive samples will be retained by the testing laboratory in secured long term frozen storage for a minimum of one year. Handling and transportation of each sample must be documented through strict chain of custody procedures.

10.    If a medical standard is developed for Cannabinoids (THC) level that indicates impairment, the parties shall meet and bargain regarding the revision of the Memorandum of Understanding to reflect such levels.

11.    Alcohol testing shall be performed at a SAMHSA certified laboratory using only approved evidential breath testing devices, or saliva alcohol screening devices listed on the National Highway Traffic Safety Administration's (NHTSA) Conforming Products List.  All equipment shall have a quality assurance plan approved by the NHTSA and shall not be used in the event that the device does not meet specified quality controls.

12.    Present employees, if tested positive for drugs or alcohol, shall have the prerogative for a rehabilitation program at the employee's expense. When such program has been

successfully completed, the Contractor shall not discriminate in any way against the employee. If work for which the employee is qualified exists, he or she shall be reinstated.

13.    Any dispute which arises under this drug and alcohol policy shall be submitted to the grievance and arbitration procedure set forth in the applicable Agreement.

14.    If, as a condition of contract award or due to Federal, State, or Governmental Agency requirements, including but not limited to Federal D.O.T. commercial driver drug & alcohol testing requirements, an individual Contractor is required to abide by or implement more stringent requirements than set forth in the Memorandum of Understanding, the individual Contractor will notify the Union in writing of those requirements.

15.    The establishment or operation of this policy shall not curtail any right of an employee found in any law, rule, or regulation. Should any part of this policy be found unlawful by a court of competent jurisdiction or a public agency having jurisdiction over the parties, the remaining portions of the policy shall be unaffected and the parties shall enter negotiations to replace the affected provision.

16.    The Contractor shall indemnify and hold the Union harmless against any and all claims, demands, suits or liabilities that may arise solely out of the Contractor's application of the Substance Abuse program.

17.    This policy will become effective October 1, 2018, and shall remain in effect for the term of 2018-2022 Laborers' Asbestos Agreement.

FOR THE CONTRACTORS:          FOR THE UNION:

SOUTHERN CALIFORNIA ENVIRONMENTAL CONTRACTORS ASSOCIATION

By: _____

By: _____

Date _10/30/18_____

SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By: _____

By: _____

By: _____

Date _11/8/18_____

-- 32 --

LABORERS INTERNATIONAL UNION OF
NORTH AMERICA, LOCAL UNION 300

By: _____

By: _____

Date _____11 - 5 - 18_____

**Attachment A**
**Reasonable Suspicion Checklist**
**And Reporting Form**

Date of Report: _____   Date/Time Period Covered by Observation: _____

Employee Name: _____   Job Title: _____

Supervisor: _____

Corroborating Witness *(if applicable):* _____

**Physical Symptoms**                                *(Provide explanation where appropriate)*

_____ flushed or pale face
_____ dilated or constricted pupils (note which)
_____ constricted pupils
_____ glassy eyes
_____ bloodshot or red eyes
_____ sniffles/runny nose
_____ swaying, wobbling, staggering or falling
_____ dizziness
_____ excessive sweating in cool areas
_____ smell of liquor
_____ strange chemical odor on breath
_____ burnt rope smell on clothes, hair or body
_____ drowsiness
_____ incoherent, confined **or** slurred speech
_____ apparent insensitivity to pain
_____ reduced reaction time
_____ poor coordination
_____ increased or depressed breathing rate
_____ tremors
_____ other (explain) _____

**Behavioral**

_____ antagonistic
_____ restless
_____ overreacts to minor things
_____ unusually talkative/rapid speech
_____ excessive laughter or hilarity
_____ baseless panic
_____ withdrawn
_____ rapid mood swings
_____ irritable
_____ combative
_____ depressed
_____ paranoid
_____ other (explain) _____

## Work Symptoms                    *(Provide explanation where appropriate)*

____ doesn't follow task instructions
____ *shows* disregard for safety of self and others
____ exhibits excessive carelessness
____ appears unable to concentrate fully
____ excessive mistakes
____ unexplained declines in productivity
____ dangerous behavior/needless risk taking
____ unable to order tasks
____ forgetfulness
____ excessive focus on minute details
____ unexplained and frequent absences from work area
____ other *(explain)* _____

## Long Term Symptoms
____ complaints from coworkers
____ excessive work absences
____ leaves job early for variety of excuses
____ comes late for a variety of excuses
____ accident prone
____ general poor and deteriorating physical condition
____ weight loss
____ other *(explain)* _____

General Comments: _____

_____

_____

By (signature) _____

Title _____

| Action |
| --- |
| * Refer to Drug Test ____ |
| * Refer to MAP/EAP ____ |
| * No further action at this time |

Meeting Notes _____

_____

_____

_____

_____

                    Date of meeting: _____

**Attachment B**

**Testing Levels**

| Drug Group | Initial Test ng/ml | Confirmation Test ng/ml |
|---|---|---|
| Cannabinoids* (THC) | 50 | 15 |
| Cocaine | | |
|    Benzoylecgonine* | 150 | 100 |
| Amphetamines* | 500 | 250 |
|   MDMA (Confirmation for MDMA, MDA, MDEA) (Ecstasy) | 500 | 250 |
| Opiates* | 300** | 300** |
|   Propoxyphene | 300 | 300 |
|   6-Acetylmorphine | 10 | 10 |
|   Methadone | 300 | 300 |
| Phencyclidine*(PCP) | 25 | 25 |
| Benzodiazepine | 300 | 300 |
| Barbiturates | 300 | 200 |
| Alcohol | >0.04% BAC*** | >0.04% BAC*** |

* Cut-off values shall meet or exceed those established by SAMHSA's Mandatory Guidelines for Federal Workplace Drug Testing Programs.

** Includes extended Opiates-Oxycodone, Hydrocodone, and Hydromorphone.

*** As per DOT

# APPENDIX F

## SOUTHERN CALIFORNIA ENVIRONMENTAL CONTRACTORS ASSOCIATION COLLECTIVE BARGAINING ROSTER

### As of September 18, 2018

Argus Contracting, LP
11807 E. Smith Avenue
Santa Fe Springs, CA 90670
Rick Davidson, Division Manager
CSLB License Number: 934189

Bayview Environmental Services, Inc.
6925 San Leandro Street
Oakland, California 94621
Richard Cleveland, Treasurer, Secretary
CSLB License Number: 684341

Eco Bay Contractors, LLC
1501 Minnesota Street
San Francisco, CA 94107
Trent Michaels, President
CSLB License Number: 912328

Environmental Construction Group, Inc.
3271 East 19th Street
Signal Hill, CA 90755
Darren McElroy, President
CSLB License Number: 811415

GGG Demolition, Inc.
1130 West Trenton Avenue
Orange, CA 92867
Gregg Miller, Secretary
CSLB License Number: 988669

Janus Corporation
1081 Shary Circle
Concord, CA 94518
Michael Ely, President
CSLB License Number: 572682

Nielsen Environmental
8484 Wilshire Blvd., Ste. 720
Beverly Hills, CA 90211
Kevin Nielsen, CEO
CSLB License Number: 714899

Performance Abatement Services
1270 N. Hancock St.
Anaheim, CA 92807
Sean Illg, Southern California Operations Manager
CSLB License Number: 782187

Unpublished Sideletter #1
Laborers Asbestos Agreement
2018-2022

September 28, 2018

Dear Contractor:

The Union has agreed that its representative(s) will meet with SCECA representatives for the purpose of reaching, if mutually agreeable, an agreement creating and implementing a DAS-approved apprenticeship program within the term of this 2018-2022 Laborers' Asbestos Agreement.  Unless otherwise agreed, the first meeting shall take place prior to March 31, 2019.

This is a pledge to meet, not a contractual reopener.

# EXHIBIT "C"

RECOVERY WORK CONTRACT

The Southern California Environmental Contractors Association (SCECA), on behalf of its respective eligible members (hereinafter referred to individually as the "Contractor" and collectively as "Contractors") and Southern California District Council of Laborers, LIUNA, AFL-CIO and its affiliated local, Laborers Local 300 (collectively, "Union"), agree as follows:

1.   **Term:** This Agreement (RWC) providing for Registered Project Agreements shall be effective as of October 1, 2018 through July 31, 2022, and shall apply only to the Contractor's bids for covered private asbestos abatement work, as defined in paragraph 2 below, bid after September 30, 2018.

Registered projects awarded after December 31, 2015, and bid on or before September 30, 2018, shall be governed by the wage and benefit contribution rates for 2018 set forth in the 2016-2018 RWC, but only if the Contractor provides the Union with written evidence that the contract was, in fact, bid on or before September 30, 2018 and the Contractor sends the Union a written request, by no later than 4 p.m. on October 31, 2018, that the 2018 wage and benefit contribution rate is to be applicable to that project for its duration.

Registered Project Agreements shall remain effective for the term of the Contractor's current Laborers Asbestos Agreement ("Asbestos Agreement") with the Union. The terms of the Asbestos Agreement shall apply unless otherwise expressly provided in this RWC.

2.   **Scope:** This RWC covers private asbestos, lead and toxic abatement and any other work as specified in the Asbestos Agreement in connection with the removal of asbestos, lead abatement, methane/liquid boot, soft demolition and mold remediation on private construction jobsites. All of the terms of the Asbestos Agreement, including the work coverage and subcontracting clause in paragraph 2.2(b) of the Asbestos Agreement, apply to such work except as expressly provided otherwise in this RWC.

a.   With respect to mold remediation only, the scope of work covered by this RWC shall exclude any residential project limited to (i) a single-family residence, or (ii) a multi-family residence (including a residential complex) consisting of ten (10) residential units or less.

b.   This RWC shall not be applicable to:

(1)   projects covered by any local, state or federal General Prevailing Wage Rate Determinations; or

(2)   projects covered by a Project Labor Agreement or Project Stabilization Agreement.

3.   **Wages and Trust Fund Contribution Rates:**   Wage and Trust Fund contribution rates for all work in the expressly referenced classifications covered by these Registered Project Agreements are as follows:

346455.3

Foreman

| Hourly Rate | 10/1/2018 | 3/1/19 | 3/1/20 | 3/1/21 |
|---|---|---|---|---|
| Wage | $23.50 | Increase $1.50 to $25.00 | Increase $1.00 to $26.00 | Increase $1.00 to $27.00 |
| Health & Welfare | $4.20 | Increase $0.20 to $4.40 | Increase $0.10 to $4.50 | Increase $0.10 to $4.60 |
| Pension | $2.59 | No increase $2.59 | Increase $0.10 to $2.69 | Increase $0.10 to $2.79 |
| Annuity | N/A | (new) $0.25 | No increase $0.25 | No increase $0.25 |
| Vacation/Supplemental Dues | $2.72^ | Increase $0.10 to $2.82* | No increase $2.82* | No increase $2.82* |
| Training | $0.50 | No increase $0.50 | No increase $0.50 | No increase $0.50 |
| CCC | 0 | 0 | 0 | 0 |
| SCECACA/IPTF | 0 | Increase $0.10 to $0.10 | No increase $0.10 | No increase $0.10 |
| LTATF | 0 | 0 | 0 | 0 |

^Vacation rate of $2.72 includes supplemental dues of $0.90.

*Vacation rate of $2.82 includes supplemental dues of $1.00.

- 2 -

346455.3

Asbestos/Lead/Mold Remediation Worker

| Hourly Rate | 10/1/18 | 3/1/19 | 3/1/20 | 3/1/21 |
|---|---|---|---|---|
| Wage | $19.10 | Increase $1.10 to $20.20 | Increase $0.65 to $20.85 | Increase $0.65 to $21.50 |
| Health & Welfare | $4.20 | Increase $0.20 to $4.40 | Increase $0.10 to $4.50 | Increase $0.10 to $4.60 |
| Pension | $2.59 | No increase $2.59 | Increase $0.10 to $2.69 | Increase $0.10 to $2.79 |
| Annuity | N/A | (new) $0.25 | No increase $0.25 | No increase $0.25 |
| Vacation/Supplemental Dues | $1.70^^ | Increase $0.30 to $2.00** | No increase $2.00** | No increase $2.00** |
| Training | $0.35 | No increase $0.35 | No increase $0.35 | No increase $0.35 |
| CCC | 0 | 0 | 0 | 0 |
| SCECACA/IPTF | 0 | Increase $0.10 to $0.10 | No increase $0.10 | No increase $0.10 |
| LTATF | 0 | 0 | 0 | 0 |

^^Vacation rate of $1.70 includes supplemental dues of $0.80.

** Vacation rate of $2.00 includes supplemental dues of $1.00.

4.   **Optional Augmentation of Wages and Benefits:**

(a)   The wage rates set forth in paragraph 3 of this RWC are minimum wage rates. Nothing in this RWC shall prevent the Contractor from paying any employee in excess of the wage rates set forth herein.

(b)   The subsistence payments in the Asbestos Agreement are applicable to employees employed under this RWC at the Contractor's sole discretion.

(c)   Before employing any employee pursuant to the wage and benefit contribution rates set forth in this RWC, the Contractor shall inform the employee, in writing, of the wage and benefit package being offered to the employee.

- 3 -

(d)     The Contractor shall have the option of providing any unit employee employed as an Asbestos/Lead/Mold Remediation Worker under this RWC with a fringe benefit package beyond that set forth for that classification.  In that event, the Contractor's sole option is to afford the employee precisely the same fringe benefit package as is afforded to a foreman under this RWC.

5.      **Increase in Minimum Wage:**    In the event the minimum wage (either federal or state) is increased to $18.25 per hour or above, the hourly wage rate (exclusive of fringe benefits) of all Asbestos/Lead/Mold Remediation Workers employed under this RWC shall be increased to the higher of the wage rate set forth herein or the minimum wage rate.

6.      **Overtime:**    All time worked in excess of eight (8) hours per day in a five (5) day work week, or in excess of ten (10) hours in a day in a four (4) day work week and all work performed in excess of forty (40) hours per week shall be paid at one and one half (1 1/2) times the regular rate of pay.

7.      **Work Preservation:**    The wage and fringe benefit contribution rates for work contained in this Addendum shall be applicable only if the Contractor abides by its obligations contained within this RWC and the Asbestos Agreement to the extent it is incorporated here. If at any time the Contractor breaches these obligations or any of them, the Contractor shall lose the benefits hereof from the date the violation occurred and for the remainder of the Asbestos Agreement. In such event, the Contractor agrees that employees performing private asbestos abatement work shall receive the wage and Trust Fund contribution rates contained in the Asbestos Agreement in effect at the time the work is performed.

346455.3

8.    **Registration:**   Within five (5) working days after award of asbestos abatement work within the scope of this RWC, the Contractor shall register in writing with Local Union 300, its intention to apply the term of this RWC to the jobsite.  This registration shall be sent by facsimile, followed by US mail, and shall be deemed registered upon receipt of the notice by the Local Union.  The Contractor shall include a list of all subcontractors to be used on the project. If the Contractor fails to give timely notice pursuant to this Section, the terms of this RWC shall not apply to any work performed on the jobsite.

Union:

Southern California District Council of Laborers

By: _____

Date: _____ 11/8/18 _____

Laborers International Union of North America, Local 300

By: _____

Date: ___ 11-5-18 _____

FOR THE CONTRACTORS:

SOUTHERN CALIFORNIA ENVIRONMENTAL CONTRACTORS ASSOCIATION

By: _____

Date: _____ 11/1/18 _____

By: _____ Michael Walton _____

Date: _____ 10/30/18 _____

- 5 -

346455.3