Kane Moon (SBN 249834)
  kane.moon@moonyanglaw.com
Allen Feghali (SBN 301080)
  allen.feghali@moonyanglaw.com
Jacquelyne VanEmmerik (SBN 339338)
  jacquelyne.vanemmerik@moonyanglaw.com
**MOON & YANG, APC**
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

*Attorneys for Plaintiff Juana Elisa Carrillo Geiz*

Rebecca Aragon, Bar No. 134496
raragon@littler.com
Jacob Krall, Bar No. 296078
jkrall@littler.com
LITTLER MENDELSON P.C.
633 West Fifth Street
63rd Floor
Los Angeles, California  90071
Telephone: (213) 443-4300
Fax No.:    (213) 442-4299

*Attorneys for Defendants Argus Contracting, LP and Irex Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA ELISA CARRILLO GEIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARGUS CONTRACTING LP, a California limited partnership; IREX CORPORATION, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-09590 MCS (MAAx)<br><br>[Honorable Mark C. Scarsi, Courtroom 7C]<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(2)**<br><br>Complaint Filed: October 26, 2021 |

Pursuant to Rule 41(a)(1)(A)(2), Federal Rules of Civil Procedure, Plaintiff Juana Elisa Carrillo Geiz and Defendants Argus Contracting LP and Irex Corporation, acting through their respective counsel of record, hereby stipulate that Plaintiff's individual claims be DISMISSED WITH PREJUDICE and Plaintiff's class claims be DISMISSED WITHOUT PREJUDICE, each side to bear its own attorneys' fees and costs. Plaintiff's class claims are not being pursued because Plaintiff's employment is governed by a collective bargaining agreement containing a class action waiver.

Dated: March 17, 2022

Respectfully Submitted,

MOON & YANG, APC

By: */s/ Jacquelyne VanEmmerik*[1]
  Kane Moon
  Allen Feghali
  Jacquelyne VanEmmerik
  Attorneys for Plaintiff

Dated: March 25, 2022

LITTLER MENDELSON P.C.

By: */s/ Rebecca Aragon*
  Rebecca Aragon
  Jacob Krall
  Attorneys for Defendant

---

[1] Pursuant to Local Rule 5-4.3.4 (a)(2)(i), the submitting attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.